```
 1  HAEJI HONG, ATTORNEY #198503
    TRIAL ATTORNEY
 2  OFFICE OF THE UNITED STATES TRUSTEE
    402 WEST BROADWAY, SUITE 600
 3  SAN DIEGO, CA 92101-8511
    (619) 557-5013
 4
    Attorney for
 5  TIFFANY L. CARROLL
    ACTING UNITED STATES TRUSTEE
 6

 7

 8                  UNITED STATES BANKRUPTCY COURT
                     Southern District of California
 9

10  In re:                    )   Case No.  08-02860-LA13
                              )
11  RANDAL QUICK,             )   EX PARTE MOTION FOR ORDER
                              )   APPROVING STIPULATION
12                            )   RE: NON-DISCHARGEABILITY OF
                              )   DEBTS UNDER
13                            )   11 U.S.C. §1328(f)
                              )
14                            )   No hearing required
                              )
15              Debtor.       )   Dept: Two (2)
                              )   Room: 118
16  _____  )

17

18      The Acting United States Trustee, through counsel, moves

19  this court for an Order approving the Stipulation Re: Non-

20  Dischargeability of Debts Under 11 U.S.C. §1328(f)

21  ("Stipulation").  The Stipulation is executed by counsel for the

22  Debtor, counsel for the Acting United States Trustee and David L.

23  Skelton, Chapter 13 Trustee, and is filed simultaneously

24  herewith.

25  / / /

26

27  / / /

28
```

1  The Stipulation provides that the Debtor, Randal Quick, is
2  not entitled to a discharge of his debts in this Chapter 13 case
3  pursuant to 11 U.S.C. §1328(f).

        Respectfully submitted,

        TIFFANY L. CARROLL
        ACTING UNITED STATES TRUSTEE

Dated: May 29, 2008         By: /s/ Haeji Hong
                                Haeji Hong,
                                Trial Attorney for the
                                Acting United States Trustee

2